IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAMAR GRAVES, JR. # 211 477, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-797-WHA |
| | ) | |
| ADOC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **<u>ORDER</u>**

This case is before the court on a Recommendation of the Magistrate Judge entered on January 16, 2020. Doc. 6. There being no timely objection filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

A separate Final Judgment will be entered.

Done, this 10th day of February 2020.


___/s/___ W. Harold Albritton_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE